THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIANCA JORDAN, Guardian of Delbert Van Allen,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CHICAGO, OFFICER THOMAS O'SHAUGHNESSY, AND OFFICER CHRISTOPHER RIGAN,<br><br>Defendants. | Case No. 08 C 6902 |

**PARTIES' AGREED PROPOSED DESIGNATIONS
FOR DR. MOROWITZ' DEPOSITION**

Page & Line #

3/8 – 21
5/21 – 7/4
7/22 – 9/3
11/20 – 12/7
12/19 – 13/11
13/18 – 15/2
15/9 – 22/6
22/13 – 22/19
24/12 – 25/6
25/10 – 25/13
25/18 – 26/7
27/4 – 31/16
34/4 – 38/7
39/6 – 48/19
48/22 – 53/16
54/2 – 55/10
55/17 – 56/15
56/19 – 61/15
61/23 – 63/11
64/1 – 67/2
67/9 – 68/21
69/17 – 71/16

87/4 – 89/11
89/19 – 92/13
92/20 – 93/2
99/8 – 101/21
101/24 – 103/11
116/18 – 117/16

                                        Respectfully submitted,

                                        <u>s/Douglas Hopson</u>
                                        Douglas Hopson
                                        Attorney for Plaintiff

Douglas Hopson, Esq.
The Hopson Law Group
100 West Monroe Street, Suite 1710
Chicago, Illinois 60603
(312) 726-4000
Attorney Number: 6237329